UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

PIERO ANTONIO LUBO-BARROS,
  a/k/a "Nostradamus," and
GERARDO GOMEZ-LUBO,
  a/k/a "Francisco Niño"

CASE NO. 8:19-cr-164-T-17-SPF

21 U.S.C. §§ 959, 963

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date but at least as early as September 2017, continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, defendants

PIERO ANTONIO LUBO-BARROS,
a/k/a "Nostradamus," and
GERARDO GOMEZ-LUBO,
a/k/a "Francisco Niño"

did knowingly and willfully conspire with other persons whose names are known and unknown to the Grand Jury to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance

would be unlawfully imported into the United States.

All in violation of 21 U.S.C. §§ 959, 963 and 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Count One are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 21 U.S.C. §§ 853 and 970.

2. Upon conviction of any or all violations charged in Count One, defendants

>PIERO ANTONIO LUBO-BARROS,
>a/k/a "Nostradamus," and
>GERARDO GOMEZ-LUBO,
>a/k/a "Francisco Niño"

shall forfeit to the United States of America, pursuant to 21 U.S.C. §§ 853 and 970, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Thomas N. Palermo
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### PIERO ANTONIO LUBO-BARROS,
a/k/a "Nostradamus," and
### GERARDO GOMEZ-LUBO,
a/k/a "Francisco Niño"

## INDICTMENT

Violations:   21 U.S.C. §§ 959, 963

A true bill,

_____
Foreperson

Filed in open court this 11th day of April 2019.

_____
Clerk

Bail $_____

GPO 863 525